```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 01604
   DESIREE L BRANTLEY
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-2819


--------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 03/26/2008 and was confirmed 07/08/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  11.00%.

     The case was dismissed after confirmation 10/23/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                            PAID            PAID
--------------------------------------------------------------------------
ROBERT B KATZ              NOTICE ONLY    NOT FILED             .00             .00
MIDWESTERN FINANCIAL COR   SECURED VEHIC   9075.72            38.74          697.26
MIDWESTERN FINANCIAL COR   UNSECURED      NOT FILED             .00             .00
ARNOLD SCOTT HARRIS        UNSECURED      NOT FILED             .00             .00
AT & T                     UNSECURED      NOT FILED             .00             .00
COMMONWEALTH EDISON        UNSECURED      NOT FILED             .00             .00
US DEPT OF EDUCATION       UNSECURED       2457.02              .00             .00
DS WATERS OF NORTH AMERI   UNSECURED      NOT FILED             .00             .00
HOMEWOOD DISPOSAL SERVIC   UNSECURED      NOT FILED             .00             .00
JEFFERSON CAPITAL SYSTEM   UNSECURED        720.27              .00             .00
JEFFERSON CAPITAL SYSTEM   UNSECURED        894.95              .00             .00
NCO FINANCIAL GROUP        UNSECURED      NOT FILED             .00             .00
NICOR GAS                  UNSECURED       1513.55              .00             .00
SAUK VILLAGE POLICE DEPT   UNSECURED      NOT FILED             .00             .00
SBC BANKRUPTCY DEPT        NOTICE ONLY    NOT FILED             .00             .00
ST JAMES HOSPITAL & HEAL   UNSECURED      NOT FILED             .00             .00
MUNICIPAL COLLECTION SER   UNSECURED       4365.00              .00             .00
WAL MART                   UNSECURED      NOT FILED             .00             .00
WASHINGTON MUTUAL CARD S   UNSECURED      NOT FILED             .00             .00
LIVINGSTON FINANCIAL/PRO   UNSECURED       2030.82              .00             .00
FELD & KORRUB LLC          DEBTOR ATTY    3,175.00                              .00
TOM VAUGHN                 TRUSTEE                                            64.00
DEBTOR REFUND              REFUND                                               .00


    Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 800.00

PRIORITY                                         .00
SECURED                                       697.26


              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 01604 DESIREE L BRANTLEY
```

```
     INTEREST                                                   38.74
UNSECURED                                                         .00
ADMINISTRATIVE                                                    .00
TRUSTEE COMPENSATION                                            64.00
DEBTOR REFUND                                                     .00
                                        ----------------  ----------------
TOTALS                                          800.00            800.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
   Dated: 01/27/09                _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE